IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Costantini, Vito A

Printed: 9/3/08

Case Number: 05 B 05945
Judge: Goldgar, A. Benjamin
Filed: 2/22/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 13, 2008
Confirmed: April 5, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 14,757.34 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 11,717.02 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,262.00 |
| Trustee Fee: |  | 751.16 |
| Other Funds: |  | 27.16 |
| Totals: | 14,757.34 | 14,757.34 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,262.00 | 2,262.00 |
| 2. | Resurgent Capital Services | Secured | 0.00 | 0.00 |
| 3. | Resurgent Capital Services | Unsecured | 3,110.84 | 2,344.36 |
| 4. | Marshall Field & Company | Unsecured | 3,537.20 | 2,665.66 |
| 5. | H C Processing Center | Unsecured | 915.53 | 689.95 |
| 6. | Specialized Management Consultants | Unsecured | 495.45 | 361.21 |
| 7. | Blair Corporation | Unsecured | 662.31 | 499.12 |
| 8. | Resurgent Capital Services | Unsecured | 551.51 | 402.07 |
| 9. | ECast Settlement Corp | Unsecured | 778.25 | 586.50 |
| 10. | ECast Settlement Corp | Unsecured | 4,874.90 | 3,673.80 |
| 11. | Midwest Verizon Wireless | Unsecured | 656.03 | 494.35 |
| 12. | Dish Network | Unsecured |  | No Claim Filed |
| 13. | Community Bank | Unsecured |  | No Claim Filed |
| 14. | Office Depot | Unsecured |  | No Claim Filed |
| 15. | National Foundation For Debt Management | Unsecured |  | No Claim Filed |
| 16. | Bank One | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 17,844.02 | $ 13,979.02 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 27.38 |
| 3% | 20.31 |
| 5.5% | 247.57 |
| 5% | 90.96 |
| 4.8% | 124.82 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Costantini, Vito A

Printed:  9/3/08

Case Number:  05 B 05945
Judge:  Goldgar, A. Benjamin
Filed:  2/22/05

                            5.4%                     240.12
                                                       ----------
                                                      $ 751.16

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                      Marilyn O. Marshall, Trustee, by:

